UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 07-14280-CIV-GRAHAM

WILLIAM WACHTER,

    Plaintiff,

vs.

J. HARRIS, ET AL.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for an Injunction/Restraining Order and Motion for Appointment of Counsel [D.E. 57].

**THE MATTER** was generally referred to the Honorable United States Magistrate Judge Patrick A. White by Clerk's Order [D.E. 2]. The Magistrate Judge issued a Report recommending that the Motion be denied [D.E. 61]. Plaintiff has timely filed objections [D.E. 65].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Plaintiff's objections show no basis for issuing a restraining order. Furthermore, the Magistrate Judge in this cause has already denied Plaintiff's request for the appointment of counsel. The Court will decline Plaintiff's request to revisit that issue. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 61] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for an Injunction/Restraining Order [D.E. 57] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of April, 2009.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
    William Wachter, Pro Se
    Counsel of Record