```
                                      UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF FLORIDA

                                      CASE NO. 07-14280-CIV-GRAHAM
                                      MAGISTRATE JUDGE P. A. WHITE
```

WILLIAM WACHTER,                 :

    Plaintiff,               :

v.                               :         REPORT THAT CASE IS
                                               READY FOR TRIAL
J. HARRIS, ET AL.,               :

    Defendants.              :
_____

    In this *pro se* civil rights action pursuant to 42 U.S.C. §1983, a separate Report has been entered this date recommending, for reasons stated therein, that defendants' Motion for Summary Judgment (DE# 67) be Granted, in part, and Denied, in part.

    The Report recommends that the Motion for Summary Judgment (DE# 67) be granted as to Montero on the failure to intervene claim and be denied as to Harris on the use of excessive force claim. The Report also recommends the entry of an Order affirming the Preliminary Report (DE# 7), which recommended all other claims and defendants be dismissed.

    The plaintiff and defendants have filed their unilateral pretrial statements (DE#s 80 and 74, respectively). The case is otherwise now at issue; and the parties have not consented to trial before a Magistrate Judge pursuant to 28 U.S.C. §636(c). The undersigned respectfully recommends that this case be placed on the trial calendar of the District Judge.

    Dated: November 12th, 2009.

                                                UNITED STATES MAGISTRATE JUDGE

cc:   The Honorable Donald L. Graham,
      United States District Judge


      William Wachter, Pro Se
      DC# 485669
      Okaloosa Correctional Institution
      3189 Little Silver Road
      Crestview, FL 32539-6708

Kathleen M. Savor, Esquire
Monica Galindo Stinson, Esquire
Assistant Attorneys General
Department of Legal Affairs
The 110 Tower, 10th Floor
110 S.E. 6th Street
Fort Lauderdale, FL 33301