UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-14280-CIV-GRAHAM

WILLIAM WACHTER,

    Plaintiff,

vs.

J. HARRIS, ET AL.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Summary Judgment [D.E. 67]; the Magistrate Judge's Report that Case is Ready for Trial [D.E. 87] and Defendant Harris' Motion for Stay of Proceedings Under Servicemembers Civil Relief Act [D.E. 88].

**THE MATTER** was generally referred to the Honorable United States Magistrate Judge Patrick A. White by Clerk's Order [D.E. 2]. The Magistrate Judge issued a Report recommending that the Motion be granted in part as to Montero on the failure to intervene claim and be denied in part as to Harris on the excessive force claim [D.E. 86]. No objections have been filed. In addition, the Magistrate Reported that the case is ready for trial and recommended that it be put on the Court's trial calendar.

Defendant Harris then moved to stay the proceedings under the Servicemembers Civil Relief Act as he has been deployed to Iraq.

**THE COURT** has conducted an independent review of the record

and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 86] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment [D.E. 67] is **GRANTED in Part** as to Montero on the failure to intervene claim and **DENIED in Part** as to Harris on the use of excessive force claim. It is further

**ORDERED AND ADJUDGED** that the Magistrate Judge's Preliminary Report [D.E. 7] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report that the Case is Ready for Trial [D.E. 87] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. The Court will set this case for trial after the parties participate in a settlement conference. It is further

**ORDERED AND ADJUDGED** that Defendant Harris' Motion for Stay of Proceedings Under Servicemembers Civil Relief Act [D.E. 88] is **GRANTED in PART.** The parties will be referred for a settlement conference, however, Defendant Harris need not attend in person and may be represented by counsel at the settlement conference. If the case does not settle at the settlement conference, the Court will

then consider an appropriate time to have Defendant Harris return for trial.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of March, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
William Wachter, Pro Se
Counsel of Record